# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-4107
Lower Tribunal No. 20000442F

_____

JANET ROSTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Charlotte County.
Shannon H. McFee, Judge.

April 24, 2026

PER CURIAM.

AFFIRMED. *See Mosley v. State*, 100 So. 3d 1214, 1216 (Fla. 2d DCA 2012) (concluding "based on the unique circumstances of this case that the State presented sufficient evidence of the requisite statutory weight for trafficking" when both "the aggregate substance" and "*each* individual empty baggie" were found to contain the controlled substance after chemical testing); *Bell v. State*, 835 So. 2d 392, 394 (Fla. 2d DCA 2003) ("In considering the motion [to dismiss], 'the State is entitled to the most favorable construction of the evidence, and all inferences

should be resolved against the defendant.'" (quoting *State v. Pasko*, 815 So. 2d 680, 681 (Fla. 2d DCA 2002))).

WOZNIAK, WHITE and MIZE, JJ., concur.


Blair Allen, Public Defender, and David L. Redfearn, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED